Law Office of Karen S. Monrreal
Karen S. Monrreal, Esq.
601 S. Arlington Avenue
Reno, Nevada 89509
(775) 826-2380
karen@monrreallaw.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

BRYAN VLADIMIR OSORIO
SERMENO,

        Petitioner-Plaintiff,

    vs.

KRISTI NOEM, ET AL.,

        Respondents-Defendants.      /

Case No.  3:26-cv-00084-RFB-CLB

**JOINT PROPOSED SCHEDULING ORDER**

      On February 12, 2026, the Court issued an order (ECF No. 7) directing the parties to submit a joint proposed briefing schedule for Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1). In light of the response deadlines in other habeas corpus matters currently pending over the next two weeks by Counsel for the Federal Respondents, the parties propose the following briefing schedule:

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

- **March 23, 2026:** Respondents file their response to the Petition.

- **April 2, 2026:** Petitioner files his reply.

Respectfully submitted this 3rd day of March, 2026.

MONRREAL LAW

TODD BLANCHE
Deputy Attorney General of The United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/     *Karen Monrreal*
Karen Monrreal, Esq.
601 S. Arlington Avenue
Reno, Nevada 89509
*Attorneys for Petitioner*

/s/     *Virginia Tomova*
VIRGINIA TOMOVA
Assistant United States Attorneys

WASHOE COUNTY DISTRICT
ATTORNEY'S OFFICE

/s/     *Cobi Burnett*
Cobi Burnett, Deputy District
Attorney
*Attorney for Respondent Washoe County
Sheriff Darin Balaam*

**IT IS SO ORDERED:**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** March 4, 2026.